George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff(s)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Robert Lancaster,<br><br>　　　　Plaintiff<br><br>v.<br><br>Equifax Information Services LLC and America First Credit Union,<br><br>　　　　Defendants | Case No.: 2:22-cv-01842-CDS-NJK<br><br>**Stipulation for dismissal of America First Credit Union with prejudice** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Robert Lancaster and America First Credit Union stipulate to dismiss Plaintiffs claims against America First Credit Union with prejudice.


///
///
///
///
///
///
///

---

STIPULATION　　　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: 23 February 2023.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos

George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350 Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**LITCHFIELD CAVO, LLP**

/s/ Marisa A. Pocci

Marisa A. Pocci, Esq.
Litchfield Cavo, LLP
3993 Howard Hughes Pkwy, Suite 100
Las Vegas, Nevada 89169
*Counsel for America First Credit Union*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: February 24, 2023

STIPULATION - 2 -