George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Robert Lancaster*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Robert Lancaster,<br><br>Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC;<br>and America First Credit Union,<br><br>Defendants | Case No.: 2:22-cv-01842-CDS-NJK<br><br>**Stipulation for dismissal of Equifax Information Services, LLC with prejudice** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Robert Lancaster and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services, LLC with prejudice.

///
///
///
///
///
///

_____

STIPULATION      - 1 -

Each party will bear its own costs, disbursements, and attorney fees. The Clerk of Court is directed to CLOSE THIS CASE.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**CLARK HILL PLLC**

/s/ Gia N. Marina
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Counsel for Equifax Information Services, LLC*

IT IS SO ORDERED:

_____
Cristina D. Silva
United States District Judge

DATED: 7/19/2023

_____

STIPULATION                          - 2 -